UNITED STATES of America, Plaintiff—Appellee,

v.

Eva BORBON–BORBON, Defendant—Appellant.

No. 02–50198.

D.C. No. CR–01–03199–JTM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM**

Eva Borbon–Borbon appeals her conviction, following a guilty plea, and sentence for possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

Borbon–Borbon's contention that 21 U.S.C. § 841 is facially unconstitutional following *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

524 (2002), overrules *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003). Borbon-Borbon's conviction is

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.